**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2053

ELNORA DELCID,

Plaintiff - Appellant,

v.

VALOR APARTMENT; JUANA LOZANO, Community Mgt.; MARIE WHITE, Community Mgt; GABY FERNANDEZ, Leasing Consultant; FINNESSA RANDALL, Leasing Consultant; PEDRO RAMOS, Maintenance Man; HERMAN BANKS, Maintenance Man; RYANN PITTINGER, Maintenance Man,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00783-DJN)

Submitted:  March 16, 2023                                    Decided:  March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Elnora Delcid, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elnora Delcid seeks to appeal the district court's order dismissing her civil rights action for failure to prosecute. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 17, 2022. Delcid filed the notice of appeal on September 27, 2022. Because Delcid failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*